849 F.2d 1534
 Gertrude M. STUART, et al., Plaintiffs, Appellants,
v.
METROPOLITAN LIFE INSURANCE COMPANY, Defendant, Appellee.
 No. 87-1998.
 United States Court of Appeals,
First Circuit.
 July 7, 1988.
As Amended July 12, 1988.
 
 Appeal from the United States District Court for the District of Maine; Gene Carter, Judge.
 Jon Holder with whom Holder & Grover, P.A., Portland, Me., was on brief, for plaintiffs, appellants.
 Nancy Mayer with whom William J. Toppeta, New York City, Howard H. Dana, Jr., and Verrill & Dana, Portland, Me., were on brief, for defendant, appellee.
 Before BOWNES, BREYER and TORRUELLA, Circuit Judges.
 PER CURIAM.
 
 
 1
 For the reasons set forth in the opinion of the district court, 664 F.Supp. 619 (D. Me. 1987), judgment is
 
 
 2
 Affirmed.